IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:95-CR-41-1H

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) **ORDER** |
| LAMONT FLEMMING, | ) |
| Defendant. | ) |

This matter is before the court on defendant's motions to terminate liability for restitution [DE #942, #945, and #1032]. As defendant is still incarcerated, his argument is without merit. Therefore, the motions are DENIED.

This 15th day of December 2020.

_____
Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26