IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:95-CR-41-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| LAMONT FLEMMING, | ) | |
| | ) | |
| Defendant. | ) | |

The court DENIES as meritless defendant's motion for reconsideration [D.E. 1412] and motion for a hearing [D.E. 1416].

SO ORDERED. This 9 day of February, 2026.

JAMES C. DEVER III
United States District Judge